# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GLEN P. BARTLETT,

    Plaintiff,

v.                                      CASE NO.  4:08cv47-RH/WCS

APALACHEE CENTER, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's amended report and recommendation (document 37), and the objections (documents 38 and 39).  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is dismissed with prejudice pursuant to 28 U.S.C. §

1915(e)(2)(B). The clerk must enter judgment and note on the docket that the case was dismissed under 28 U.S.C. § 1915(e)(2)(B). The clerk must close the file.

    SO ORDERED on November 14, 2008.

s/Robert L. Hinkle<br>
Chief United States District Judge